LUCIA MARETT, ON BEHALF OF HERSELF AND ALL OTHERS SIMILARLY SITUATED

                                               Plaintiff(s)

                   - against -

THE NEW YORK BOTANICAL GARDEN

                                              Defendant(s)

Index # 16 CV 9224 GHW

Purchased November 30, 2016

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

ANGEL GUTIERREZ BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on December 13, 2016 at 11:53 AM at

2900 SOUTHERN BOULEVARD
BRONX, NY 10458

deponent served the within SUMMONS AND COMPLAINT on THE NEW YORK BOTANICAL GARDEN therein named.

    BY LEAVING A TRUE COPY WITH DENNIS O'CNNER, ESQ., BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | WHITE | BROWN | 49 | 5'6 | 160 |

**MAILING**   Deponent enclosed a copy of same in a postpaid wrapper properly addressed to the Defendant at the Defendant's actual place of business at

2900 SOUTHERN BOULEVARD
BRONX, NY 10458

and deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on December 15, 2016 by REGULAR FIRST CLASS MAIL in an envelope marked PERSONAL & CONFIDENTIAL and not indicating on the outside thereof, by return address or otherwise, that the communication is from an attorney or concerns an action against the person to be served.

Sworn to me on: December 15, 2016

| JOSEPH KNIGHT | RALPH MULLEN | VINETTA BREWER | ANGEL GUTIERREZ |
|---|---|---|---|
| Notary Public, State of New York | Notary Public, State of New York | Notary Public, State of New York | License #: 1152171 |
| No. 01KN6178241 | No. 01MU6238632 | No. 4949206 | Invoice #: 662577 |
| Qualified In New York County | Qualified in New York County | Qualified in Bronx County | |
| Commission Expires November 26, 2019 | Commission Expires April 11, 2019 | Commission Expires April 3, 2019 | |

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728   NYCDCA#1102045