### LEE LITIGATION GROUP, PLLC
30 EAST 39TH STREET, SECOND FLOOR
NEW YORK, NY 10016
TEL: 212-465-1180
FAX: 212-465-1181
INFO@LEELITIGATION.COM

WRITER'S DIRECT:   212-465-1188
cklee@leelitigation.com

January 20, 2017

**<u>Via ECF</u>**
The Honorable Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:   *Marett v. The New York Botanical Garden*
              <u>Case No. 16-cv-09224-GHW (S.D.N.Y.)</u>

Dear Judge Woods:

    We are counsel to Plaintiff in the above-referenced matter. We write, jointly with counsel to Defendant, to inform the Court that the parties have reached a contemplated settlement in principle.

    The parties respectfully request a stay of proceedings and for the Court to cancel all dates *sine die*.

    We thank Your Honor for considering this matter.

Respectfully submitted,

*/s/ C.K. Lee*
C.K. Lee, Esq.

cc: all parties via ECF