## CERTIFICATE OF SERVICE

I hereby certify that on January 25, 2017, I caused the Court's Order dated January 20, 2017 in Case No. 16-CV-9224 to be served upon the following counsel of record for Defendant by First Class Mail and Email:

**Peter L. Contini, Esq.**
L'Abbate, Balkan, Colavita & Contini, L.L.P.
1001 Franklin Avenue
Garden City, NY 11530
pcontini@lbcclaw.com

_____
C.K. Lee, Esq.